**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SON HONG NGUYEN,

     **Petitioner,**

   **v.**

**D. MARIN,** *Warden-Facility Administrator Adelanto ICE Processing Center*, **et al.,**

     **Respondents.**

_____

) NO. 5:26-cv-02449-KS
)
)
)
) **JUDGMENT**
)
)
)
)
)
)

  **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: July 1, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE